# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| VIRGINIA MAHONE WINTERMEYER | ) | Case No. 22-32075-KRH |
| | ) | Chapter 13 |
| Debtor | ) | |

## WITHDRAWAL

COMES NOW, Nathaniel A. Scaggs, Hill & Rainey Attorneys and hereby withdraws document #16, in regard to an Objection to Motion to Extend the Automatic Stay filed August 22, 2022, document #16, as it was filed in error, but does Withdraw the Objection to Motion to Extend the Automatic Stay.

Respectfully Submitted,
Hill & Rainey, Attorneys

/s/ *Nathaniel A. Scaggs*
Nathaniel A. Scaggs
VSB # 77286
Hill & Rainey, Attorneys
2425 Boulevard, Suite 9
Colonial Heights, VA 23834
(804) 526-8300 (phone)
(804) 526-2872 (facsimile)
bankruptcy@hillrainey.com
Attorney for Movant

## CERTIFICATE OF SERVICE

I certify that on this 22nd day of August, 2022, the following person(s) were or will be served with a copy of the foregoing Withdrawal of Document #16 Objection to Motion to Extend the Automatic Stay electronically via the CM/ECF system or by first class mail, postage prepaid:

**Virginia Mahone Wintermeyer**
1314 Forest Ave.
Henrico, VA 23229

**James E. Kane**
Kane & Papa, PC

1313 East Cary Street
P.O. Box 508
Richmond, VA 23218-0508

Carl M. Bates
Chapter 13 Trustee
P. O. Box 1819
Richmond, VA 23218

                                                                                    /s/ *Nathaniel A. Scaggs*
                                                                                     Nathaniel A. Scaggs